# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

# MINUTES OF PROCEEDINGS

**CAMDEN OFFICE:**                                    **DATE OF PROCEEDINGS:** 8/5/15

**JUDGE:** Robert B. Kugler

**COURT REPORTER:** Carl Nami, Jr.

**OTHERS:**                           **DOCKET NOS.** Civ. #13-784, 12-7468,
                                                     12-7747, 13-3350, 13-
                                                     3244, 13-4569, 13-5763,
                                                     13-7410

**TITLE OF CASE:**

IN RE: PAULSBORO DERAILMENT CASES

**APPEARANCES:**
Mark Cuker, Esq. for pltfs. Breeman, Morris, et al.
Joe Venti, Esq. for pltfs. Breeman, Morris, et al.
Michael Levin, Esq. for Truluck pltfs.
Ralph Wellington, Esq. for defts.
Lisa Rodriguez, Esq. for defts.
David A. Damico, Esq. for defts.
Jeffrey A. Jackson, Esq. for defts.

**NATURE OF PROCEEDINGS: - DAUBERT HEARING HELD**

1.  Hearing on defts. Consolidated Rail Corp., Norfolk Southern Railway Co. & CSX Transportation, Inc.'s motion to exclude expert report and testimony of pltfs.' expert Panos G. Georgopolous, M.S., PHD.

    Dr. Lloyd Schulman sworn for defts.

2.  Hearing on pltfs.' motion to exclude the expert report and testimony of defts.' expert Greg Yarwood, Ph.D.

3.  Hearing on pltfs.' motion to exclude the expert Report & Opinions of defts. Experts Schulman & DesAutels.

(over)

**DISPOSITION:**

ORDERED motions DENIED. Order to be entered.

                                          s/Barbara Fisher
                                               Deputy Clerk

Time Commenced: 9:35 AM    Time Adjourned: 3:05 PM