NOT FOR PUBLICATION                                         (Doc. Nos. 722, 724, 726,
                                                            728, 731, 732, 747, 748, 749,
                                                            750, 751, 849)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

|  |  |  |
|---|---|---|
| IN RE PAULSBORO DERAILMENT CASES | : | Master Docket No. 13-784 (RBK/KMW) |
|  | : | 12-7468 (Breeman) |
|  | : | (Doc. Nos. 142, 150) |
|  | : | 12-7747 (Lord) |
|  | : | (Doc. No. 138) |
|  | : | 13-3350 (Everingham) |
|  | : | (Doc. Nos. 104, 105) |
|  | : | 13-3244 (Morris) |
|  | : | (Doc. Nos. 93, 96, 122) |
|  | : | 13-4569 (Johnson) |
|  | : | (Doc. No. 100) |
|  | : | 13-5763 (Truluck) |
|  | : | (Doc. Nos. 114, 116) |
|  | : | 13-7410 (Smith) |
|  | : | (Doc. No. 85) |
|  | : | **ORDER** |

**THIS MATTER** having come before the Court upon the Motions in limine of

Defendants to exclude experts Omowunmi Osinubi (Doc. Nos. 722, 724, 726, 728), David A.

Raush (Doc. No. 731), Aly Cohen (Doc. No. 732), Lee Brooks (Doc. No. 747), and Robert

Laumbach (Doc. Nos. 748, 749, 750, 751), and upon the Motion in limine of Plaintiffs to exclude

expert Dale Panzer (Doc. No. 849); and the Court having considered the moving papers and responses thereto; and the Court having heard the arguments of the parties and testimony of witnesses at the hearing held on August 6, 2015; and for the reasons expressed on the record at that hearing;

**IT IS HEREBY ORDERED** that Defendants' motions are **GRANTED** as to Osinubi, Cohen, Brooks, and Laumbach.

**IT IS HEREBY FURTHER ORDERED** that Defendants' motion is **DENIED** as to Raush.

**IT IS HEREBY FURTHER ORDERED** that Plaintiffs' motion is **DENIED**.

**IT IS HEREBY FURTHER ORDERED** that on or before **Monday, August 9, 2015** at **5:00 P.M.**, Defendants' counsel is directed to tell the Court which pending motions for summary judgment still need to be decided in light of the Court's recent rulings on the Motions in limine to exclude experts.

**IT IS HEREBY FURTHER ORDERED** that Oral Argument on motions for summary judgment will take place on **Thursday, August 20, 2015** at **9:30 A.M.** before Judge Kugler in Courtroom 4D of the Mitchell H. Cohen United States Courthouse, 1 John F. Gerry Plaza, Camden, N.J. 08101.

Dated: 8/6/2015

s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge