**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE:**                             **DATE OF PROCEEDINGS:** 8/6/15


**JUDGE:** Robert B. Kugler

**COURT REPORTER:** Carl Nami, Jr.

**OTHERS:**                   **DOCKET NOS**. Civ. #13-784, 12-7468,
                                             12-7747, 13-3350, 13-
                                             3244,13-4569, 13-5763,
                                             13-7410

**TITLE OF CASE:**

IN RE: PAULSBORO DERAILMENT CASES


**APPEARANCES:**
Mark Cuker, Esq. for pltfs. Breeman, Morris, et al.
Michael Levin, Esq. for Truluck pltfs.
Robert Campbell, Esq. for pltfs. Lord
Daniel Donahoe, Esq. for defts.
Lisa Rodriguez, Esq. for defts.
David A. Damico, Esq. for defts.


**NATURE OF PROCEEDINGS: - DAUBERT HEARING HELD**

1.   Hearing on motion in limine by defts. Consolidated Rail, et
     al.to exclude the expert report & testimony of O. Osinubi,
     M.D.

2.   Hearing on motions in limine by defts. Consolidated Rail, et
     al. to exclude expert report & testimony of Robert Laumbach,
     M.D., M.P.H., C.I.H.

     Dr. Douglas Leonard Weed sworn for defts.
     Dr. Michael J. Greenberg sworn for defts.

3.   Hearing on motion in limine by defts. Consolidated Rail, et
     al. to exclude expert report & testimony of Aly Cohen, M.D.

(over)

4.  Hearing on motion in limine by defts. Consolidated Rail Corp., et al. to exclude the expert report & testimony of Lee Brooks, M.D.

5.  Hearing on motion in limine by defts. Consolidated Rail Corp, to exclude expert report & testimony of pltfs.' expert David A. Raush, Ph.D.

6.  Hearing on motion in limine by A.M. a minor Daniel J. Abate, Sr., et al. to exclude expert report and opinion of Panzer.

**DISPOSITION:**

1.  ORDERED motion GRANTED.
2.  ORDERED motion GRANTED.
3.  ORDERED motion GRANTED.
4.  ORDERED motion GRANTED.
5.  ORDERED motion DENIED.
6.  ORDERED motion DENIED.

ORDERED pending motions for summary judgment will take place on 8/20/15 @ 9:30 AM.

Order entered.

                                        s/Barbara Fisher
                                          Deputy Clerk


Time Commenced: 9:45 AM     Time Adjourned: 4:50 PM