<u>NOT FOR PUBLICATION</u>  (Doc. Nos. 714, 715, 716, 717, 718, 719, 720, 721)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |
|---|---|
| IN RE PAULSBORO DERAILMENT CASES | Master Docket No. 13-784 (RBK/KMW) |
|  | 12-7468 (Breeman)<br>(Doc. Nos. 140, 141) |
|  | 12-7747 (Lord)<br>(Doc. Nos. 136, 137) |
|  | 13-3350 (Everingham)<br>(Doc. Nos. 97, 98) |
|  | 13-3244 (Morris)<br>(Doc. Nos. 91, 92) |
|  | 13-4569 (Johnson)<br>(Doc. Nos. 93, 94) |
|  | 13-5763 (Truluck)<br>(Doc. Nos. 112, 113) |
|  | 13-7410 (Smith)<br>(Doc. Nos. 78, 79) |
|  | **ORDER** |

**KUGLER**, United States District Judge:

**THIS MATTER** having come before the Court on the Motions of Defendant CSX Transportation, Inc. ("CSX") (Doc. Nos. 715-721), and the Motion of Defendant Norfolk Southern Railway Company ("Norfolk Southern") (Doc. No. 714) for Summary Judgment pursuant to Fed. R. Civ. P. 56 as to Plaintiffs Alice Breeman, Savanna Breeman-Rodgers, Ryan

Ragone, Michelle Truluck, Abdeslam Sahla, Bryan Everingham, Robert Van Fossen, Marlo Johnson, Zena Custis, Ronald Morris, and Kristen Pickel; and the Court having considered the moving papers and responses thereto; and for the reasons expressed in the Opinion issued this date;

   **IT IS HEREBY ORDERED** that CSX's motions are **GRANTED**.

   **IT IS HEREBY FURTHER ORDERED** that Norfolk Southern's motion is **GRANTED**.


Dated: 8/18/2015                s/ Robert B. Kugler
                         ROBERT B. KUGLER
                         United States District Judge