NOT FOR PUBLICATION            (Doc. Nos. 723, 725, 727, 729, 733,
                                                                                   752, 753, 754, 757, 844)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| IN RE PAULSBORO DERAILMENT CASES | Master Docket No. 13-784 (RBK/KMW) |
| | 12-7468 (Breeman)<br>(Doc. No. 143) |
| | 12-7747 (Lord)<br>(Doc. No. 139) |
| | 13-3350 (Everingham)<br>(Doc. Nos. 106, 107) |
| | 13-3244 (Morris)<br>(Doc. No. 94) |
| | 13-4569 (Johnson)<br>(Doc. No. 102) |
| | 13-5763 (Truluck)<br>(Doc. Nos. 115, 117, 143) |
| | 13-7410 (Smith)<br>(Doc. No. 86) |
| | **ORDER** |

**KUGLER**, United States District Judge:

      **THIS MATTER** having come before the Court upon the Motions of Defendants CSX Transportation, Inc., Norfolk Southern Railway Company, and Consolidated Rail Corporation (collectively "Defendants") for Summary Judgment as to Plaintiffs Ryan Ragone (Doc. No. 753), Bryan Everingham (Doc. No. 754), and Marlo Johnson (Doc. No. 757), and for Partial Summary

1

Judgment as to Plaintiffs Michelle Truluck (Doc. No. 723), Abdeslam Sahla (Doc. No. 725), Ronald Morris (Doc. No. 727), Alice Breeman (Doc. No. 729), Zena Custis (Doc. No. 733), and Robert Van Fossen (Doc. No. 752) pursuant to Fed. R. Civ. P. 56, and upon the Motion of Defendants to Strike the responses and counterstatement of facts as to Plaintiffs Truluck and Sahla (Doc. No. 844); and the Court having considered the moving papers and responses thereto; and for the reasons expressed in the Opinion issued this date;

      **IT IS HEREBY ORDERED** that Defendants' Motions for Summary Judgment and Partial Summary Judgment are **GRANTED**.

      **IT IS HEREBY FURTHER ORDERED** that Defendant's Motion to Strike is **DENIED**.

Dated: 8/18/2015

s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge